UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Booth

v.

Case No. 17-cv-107-LM

State of New Hampshire,
Colin Van Ostern, City of Concord,
and Major Jim Bouley

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 16, 2017 (document no. 7), for the reasons set forth therein.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's complaint is hereby dismissed, and his motion for a preliminary injunction is denied. The Clerk of Court shall enter judgment in accordance with this order and close the

case.

    SO ORDERED.

                                    _____
                                    Landya B. McCafferty
                                    United States District Judge

Date: June 13, 2017

cc:   Christopher Booth, pro se